## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Devodus Rouse | Case No. 4:26-1892-RMG |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Joel Anderson, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 7), recommending that Plaintiff's Application to Proceed Without Payment of Fees be denied because he has sufficient financial resources to pay the Court's filing fee. Subsequent to the issuance of the R & R, Plaintiff paid his filing fee to the Clerk. (Dkt. No. 10). Plaintiff filed no objection to the R & R.

Based on the foregoing, the Court adopts the R & R of the Magistrate Judge (Dkt. No. 7) as the Order of the Court and Plaintiff's Application to Proceed Without Payment of Fees (Dkt. No. 2) is denied as moot.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

June 8, 2026
Charleston, South Carolina

1